IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| MYSHEL STOLTENBERG, ) | Civil Action No. 2:24-CV-01337-CB-CBB |
| ) | |
| Plaintiff, ) | |
| ) | Chief United States District Judge |
| vs. ) | Cathy Bissoon |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | United States Magistrate Judge |
| COMPANY, ) | Christopher B. Brown |
| ) | |
| Defendant, ) | |
| ) | |

**REPORT AND RECOMMENDATION
ON DEFENDANT'S MOTION TO CONSOLIDATE, ECF No. 54[1]**

Defendant State Farm filed identical Motions to Consolidate in this 2024 Action and in the 2025 Action.  *Compare* Civil Action No. 2:24-cv-1137 at ECF No. 54 *with* Civil Action No. 2:25-cv-01378 at ECF No. 6.  Accordingly, the undersigned incorporates as if fully set forth herein the contemporaneously filed Report and Recommendation addressing Defendant's Motion to Consolidate in the 2025 Action. *See* Civil Action No. 2:25-cv-01378 at ECF No. 38.

In short, it is respectfully recommended that Defendant's Motion to Consolidate the 2024 Action and the 2025 Action be denied in light of the recommendation that the 2025 Action be remanded to state court.

In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, the parties may seek review by the District Court by filing Objections to the Report and

---

[1]     This matter has been referred to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Recommendation within fourteen (14) days of the filing of this Report and

Recommendation.  Any party opposing the objections shall have fourteen (14) days

from the date of service of Objections to respond thereto.  *See* Fed. R. Civ. P.

72(b)(2).  Failure to file timely objections will constitute a waiver of appellate rights.

*See Brightwell v. Lehman*, 637 F.3d 187, 193 n.7 (3d Cir. 2011).


        DATED this 13th day of May, 2026.

                                BY THE COURT:


                                s/Christopher B. Brown
                                United States Magistrate Judge


CC:   Hon. Cathy Bissoon
      Chief United States District Judge

      All counsel of record, *via ECF*