**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MYSHEL STOLTENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:24-cv-01337 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Christopher B. Brown |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM ORDER</u>**

This case has been referred to United States Magistrate Judge Christopher B. Brown for

pretrial proceedings in accordance with 28 U.S.C. § 636 and Local Rule of Civil Procedure 72.

On May 13, 2026, the Magistrate Judge issued a Report (Doc. 68) (the "R&R"), recommending

Defendant's Motion to Consolidate (Doc. 54) be denied.  The R&R expressly incorporates the

Report & Recommendation that was contemporaneously filed in the related case that Defendant

sought to consolidate, <u>Stoltenberg v. State Farm Fire & Casualty Co.</u>, No. 2:25-cv-01379 (the

"2025 Action"), which also was pending in the United States District Court for the Western

District of Pennsylvania.  The R&R was served on the parties, and no objection has been filed.

Having reviewed the documents in this case, together with the R&R and the May 13,

2026 Report and Recommendation filed at document No. 38 in the 2025 Action, Defendant's

Motion to Consolidate is **DENIED**.  The R&R is adopted as the Opinion of the District Court.

2

IT IS SO ORDERED.


June 12, 2026                                    s/Cathy Bissoon
                                                 Cathy Bissoon
                                                 Chief United States District Judge


cc (via ECF email notification):

      All Counsel of Record